

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| GETZELL JOHNSON MURRELL, SR., Plaintiff | § § | CIVIL ACTION NO: 03-0257 Sec P |
| VS. | § § | JUDGE F. A. LITTLE, JR MAGISTRATE JAMES D. KIRK |
| CARL CASTERLINE, ET.AL Defendants | § | |

### ORDER

CAME TO BE CONSIDERED, Plaintiff's Motion to Strike pleadings alleged in Civil complaint,

IT IS HEREBY ORDERED that good cause has been shown and Plaintiff's Motion to named pleadings alleged in his Civil complaint is GRANTED.

THUS DONE AND SIGNED, this ___ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

*The motion to strike is granted.*

*7 Nov. 05*
*Alexandria, LA*

_____
JUDGE